FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

November 02, 2016

Sharen Wilson
District Attorney Tarrant County
401 West Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Presiding Judge Criminal District Court No. 4
Tarrant County
401 W. Belknap
Fort Worth, TX 76196-0216

Thomas Wilder
District Clerk Tarrant County
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Barry G. Johnson
2821 E. Lancaster
Ft Worth, TX 76103
* DELIVERED VIA E-MAIL *

Debra Spisak
2nd Court Of Appeals Clerk
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

C. James Gibson
Assistant District Attorney
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**Re:** ISBELL, JOHN B.
**CCA No.** PD-0469-15
**Trial Court Case No.** 1290119D

**COA No.** 02-14-00124-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

SUPREME COURT BUILDING, 201 WEST 14TH STREET, ROOM 106, AUSTIN, TEXAS 78701
WEBSITE WWW.TXCOURTS.GOV/CCA.ASPX